IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BROADUS L WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00206-TES |
| | * |
| PAULETTE WHITE et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 19th day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk